TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00499-CV







Patricia Mitchell, Appellant


v.


Philip A. Mitchell, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. 98-00617, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING




ORDER


 Appellant Patricia Mitchell's Motion for Emergency Relief to Suspend Enforcement
of Final Order is denied.

 It is ordered August 7, 2002.



__________________________________________

Bea Ann Smith, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Do Not Publish